### 3663. YOUNG *v.* THE STATE.

Where a baseball player and an umpire become involved in a quarrel over a point in the game, and while the umpire is advancing toward the player with his hand in his pocket the player pulls a pistol and kills the umpire, a verdict finding the player guilty of voluntary manslaughter is not contrary to law, nor without evidence to support it.

DECIDED NOVEMBER 20, 1911.

Indictment for murder; from Screven superior court—Judge Rawlings. July 11, 1911.

*E. K. Overstreet,* for plaintiff in error.

*Alfred Herrington, solicitor-general, Hines & Jordan,* contra.

RUSSELL, J. The defendant, Son Young, was a member of a baseball team who were playing a game down on Briar creek one Saturday afternoon. The deceased, Son Williams, was umpiring the game, and also doing the tallying. The defendant claimed that the opposing team had made only three runs, whereas the deceased had given them five runs; whereupon an argument began, and then cursing followed. Finally the deceased started toward the defendant with his hand in his pocket, and the defendant pulled his pistol and shot him. He was indicted for murder, convicted of voluntary manslaughter, and sentenced to five years' imprisonment.

The motion for a new trial contains only the general grounds. We are of the opinion that the evidence authorizes the verdict. *Spence* v. *State, 7 Ga. App.* 825 (68 S. E. 443) ; *Fallon* v. *State, 5 Ga. App.* 659 (63 S. E. 806) ; *Malone* v. *State, 49 Ga.* 217.

*Judgment affirmed.*